**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MARY TULLIE CRITCHER ET AL.,
                                    Plaintiffs,

            -against-

L'OREAL USA INC., ET AL.,
                                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7|12|19

18 **CIVIL** 5639 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated July 11, 2019, the Court has

considered all of the arguments raised by the parties. To the extent they are not specifically

addressed, they are either moot or without merit. The defendants' motion to dismiss the SAC is

granted and judgment is entered dismissing the Second Amended Complaint; accordingly, the

case is closed.

**Dated:** New York, New York
        July 12, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

        _Kmargo_
        **Deputy Clerk**